### TOM McAFEE v. THE STATE.

No. 4260.   *Decided November 1, 1916.*

**Vagrancy—Bills of Exception—Statement of Facts.**

Where the bills of exception and statement of facts were filed nearly ninety days after the adjournment of the County Court, they will be stricken out, on motion of the State, and the judgment affirmed.

Appeal from the County Court of Grayson.   Tried below before the Hon. Dayton B. Steed.

Appeal from a conviction of vagrancy; penalty, a fine of one dollar.

The opinion states the case.

No brief on file for appellant.

*C. C. McDonald,* Assistant Attorney General, for the State.

PRENDERGAST, PRESIDING JUDGE.—This is an appeal from a conviction for vagrancy with a $1 fine. The purported bills of exception and statement of facts were filed nearly ninety days after the adjournment of court. The Assistant Attorney General's motion to strike them out because filed too late must be granted. Without these, no question is raised which can be considered.

The judgment is affirmed.                                    *Affirmed.*